In the Matter of Laura J. Manfredonia, Respondent, v George J. Scivolette, Appellant. [52 NYS3d 1248]—Appeal by George J. Scivolette from an order of the Family Court, Orange County (Christine P. Krahulik, J.), dated December 23, 2015. The order denied his post-dispositional motion to dismiss the petitioner's family offense petition.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the appellant's contention, the Family Court did not err in denying his post-dispositional motion to dismiss the family offense petition. Among other things, the court found that the affidavit of service was improperly executed (*see* CPLR 306, 2214 [b]), and there was no evidence that service was in fact properly made upon the petitioner, who did not respond to the motion (*cf. Matter of Tanash v Amien*, 82 AD3d 1252 [2011]; *Mendez v Kyung Yoo*, 23 AD3d 354, 356 [2005]; *Mariano v Steinberg*, 87 AD2d 606 [1982]). Hall, J.P., Miller, Connolly and Brathwaite Nelson, JJ., concur.